In the Matter of the Claim of ARTHUR SELIG, Appellant, against INTERSTATE HOSIERY MILLS, INC., and MARYLAND CASUALTY INSURANCE Co., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRANK CARTENUTO, Respondent, against McCONNELL & COMPANY, INC., and UTICA MUTUAL INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of Mrs. LORETTA ANNA McCARTHY, Respondent, against WORTHINGTON PUMP AND MACHINERY CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

SALVATORE ROSSI, Respondent, v. HOME LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CALDWELL-GARVAN AND BERTINI, INC., Defendant, and CONTINENTAL CASUALTY COMPANY, Appellant.— Motion for reargument denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ERNEST B. GRIEBSCH, Respondent, Appellant, v. B. T. BABBITT, INC., Appellant, Respondent.— Motion for reargument denied, with twenty-five dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOHN MARTESE, Respondent, against FRANK SGAMBATI and COMMERCIAL CASUALTY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of compensation under the Workmen's Compensation Law. Claimant was injured on September 19, 1929, while shoveling and lifting, and sustained three hernias, two of which are claimed by appellants not to be causally connected with the accident. There is medical proof to the effect that the accident was a competent producing cause of all three of the hernias. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.